UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BRANDON DAWSON,

    Plaintiff,

v.

UNKNOWN WARR, et al.,

    Defendants.
_____/

Case No. 1:07-cv-1219

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

Having issued an order adopting a report and recommendation and granting defendant Holmes' motion for summary judgment and dismissing plaintiff's complaint, pursuant to FED.R.CIV.P. 58, **JUDGMENT** is hereby entered in favor of defendant Scott Holmes and against plaintiff Brandon Dawson.

Date: August 25, 2010

/s/ Paul L. Maloney
Paul L. Maloney
Chief United States District Judge